Peter W. Beckman (SBN 85105)
Attorney at Law
1400 Chester Ave., Suite F
Bakersfield, CA 93301
Tel: (661) 327-7261
Email: beckmanlaw@att.net

Attorney for Defendant ABC Fulfillment Services, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, et. al.<br><br>                Plaintiff,<br><br>    v.<br><br>ABC FULFILLMENT SERVICES, LLC etc.; et. al.<br>_____/ | Case No. 1:15-CV-00421 - BAM<br><br>**ANSWER TO COMPLAINT** |

Defendant ABC FULFILLMENT SERVICES, LLC answers the Complaint in this matter as follows:

THE PARTIES

1. This answering defendant admits the allegations of paragraph 1 of this section of the Complaint.

2. This answering defendants lacks information and belief as to the allegations of paragraphs 2, 3, 5, and 6 of this section of the Complaint, and based upon such lack of information and belief denies such allegations.

3. Answering the allegations of paragraph 4 of this section of the Complaint, this answering defendant admits that it "distributes" certain hobby goods and accessories produced by hexTronik Ltd. of Hong Kong in the sense that it receives, warehouses and distributes such goods. This answering defendant denies that it "distributes" such hobby goods in the sense of being in the chain of ownership

1  from producer to ultimate consumer. This answering defendant otherwise denies said allegations.

2      4. Answering the allegations of paragraph 7 of this section of the Complaint, this answering
3  defendant denies said allegations.

## GENERAL ALLEGATIONS

5      5. This answering defendant lacks information and belief as to the allegations of paragraphs 8-10
6  and 15-22 of this section of the Complaint, and based upon such lack of information and belief denies
7  such allegations.

8      6. Answering the allegations of paragraphs 11-12 of this section of the Complaint, this
9  answering defendant denies said allegations.

10     7. Answering the allegations of paragraph 13 of this section of the Complaint, this answering
11 defendant admits that some products sold to U.S. consumers via the www.hobbyking.com website are
12 shipped from ABC Fulfillment Services, LLC's warehouse. This answering defendant otherwise denies
13 said allegations.

14     8. Answering the allegations of paragraph 14 of this section of the Complaint, this answering
15 defendant admits that the battery in question was shipped by this answering defendant. This answering
16 defendant otherwise denies said allegations.

## FIRST CAUSE OF ACTION (Negligence)

18     9. Answering the allegations of paragraph 23 of this section of the Complaint, this answering
19 defendant incorporates by reference its answers to paragraphs 1-22 of the complaint herein.

20     10. Answering the allegations of paragraphs 24-29 of this section of the Complaint, this
21 answering defendant denies said allegations.

## SECOND CAUSE OF ACTION (Products Liability)

23     9. Answering the allegations of paragraph 30 of this section of the Complaint, this answering
24 defendant incorporates by reference its answers to paragraphs 1-29 of the complaint herein.

25     10. Answering the allegations of paragraphs 31-39 of this section of the Complaint, this
26 answering defendant denies said allegations.

## AFFIRMATIVE DEFENSES

28     11. For a first affirmative defense, this answering defendant alleges that all products purchased

through the hobbyking.com website are purchased directly from hexTronik Ltd., which is a separate legal entity. All such products shipped from this answering defendant's warehouse remained the property hexTronik Ltd. while in the possession of this answering defendant, and that this answering defendant only provides the service of receiving, warehousing and shipping such products to hexTronik Ltd.'s customers.

12. For a second affirmative defense, this answering defendant alleges that the persons insured by plaintiffs were at fault in how they conducted their affairs relative to the incident described in plaintiffs' complaint. Such fault caused or contributed to the damages complained of in this case.

13. For a third affirmative defense, this answering defendant alleges that the persons insured by plaintiffs failed to take reasonable steps to minimize or prevent the damages plaintiffs claim to have suffered.

14. For a fourth affirmative defense, this answering defendant alleges that the persons insured by plaintiffs knew about the risk, and voluntarily undertook the risk that led to the damages complained of in this action.

15. For a fifth affirmative defense, this answering defendant alleges that persons or entities other than this defendant caused or contributed to the damages plaintiffs claim to have suffered. Therefore, any award made in favor of plaintiff in this case must be reduced by an amount equal to the percentage of the fault of theirs in causing or contributing to the damages complained of in this matter.

16. For a sixth affirmative defense, this answering defendant alleges that defendants other than this defendant caused or contributed to the damages plaintiffs claim to have suffered. Therefore, any award made in favor of the plaintiffs in this action must be divided between the defendants so that each only pays its fair share in relation to its amount of fault.

WHEREFORE, this answering defendant, ABC Fulfillment Services, LLC prays judgment as follows:

1. That plaintiffs take nothing by way of plaintiffs' complaint;

2. For costs of suit herein incurred; and

///

///

1  3. For such other and further relief as the Court deems just and proper.

2  Dated: April 6, 2015

3  /S/ Peter W. Beckman

4  _____

5  PETER W. BECKMAN, Attorney for Defendant ABC Fulfillment Services LLC.