Maura Walsh Ochoa (SBN 193799)
Waylon J. Pickett (SBN 248865)
Sally Noma (SBN 264774)
GROTEFELD HOFFMANN
655 Montgomery Street, Suite 1220
San Francisco, California 94111
Telephone: 415-344-9670
wpickett@ghlaw-llp.com
snoma@ghlaw-llp.com

Attorneys for Plaintiffs
STATE FARM GENERAL INSURANCE COMPANY
and STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABC FULFILLMENT SERVICES, LLC f/k/a HOBBY KING USA LLC; ADVANCE ENERGY, INC. d/b/a THUNDER POWER RC; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 15-cv-00421- KJM-JLT<br><br>**STIPULATION & [~~PROPOSED~~] ORDER FOR CONTINUATION OF SCHEDULING CONFERENCE TO DECEMBER 7, 2015**<br><br>(Doc. 45) |

## STIPULATION

WHEREAS, counsel for Plaintiffs, Sally Noma, is unable to attend the scheduled November 9, 2015 hearing due to a conflict with another motion.

WHEREAS, counsel for Plaintiffs is unable to schedule another attorney in its San Francisco office to attend the November 9, 2015 hearing due to scheduling conflicts.

WHEREAS, the parties have met and conferred and each of them are available to attend the scheduling conference on December 7, 2015.

1

STIPULATION TO CONTINUE SCHEDULING CONFERENCE
State Farm v. ABC Fulfillment Services, LLC, et al. - CASE NO.: 15-cv-421-KJM-JLT

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE that, subject to the Court's approval of this stipulation, the Scheduling Conference will be continued to December 7, 2015 or another date subject to the court's availability.

**IT IS SO STIPULATED.**

Dated: _____          _____

                                         Sally Noma
                                         Attorneys for Plaintiffs
                                         STATE FARM GENERAL INSURANCE
                                         COMPANY and STATE FARM MUTUAL
                                         AUTOMOBILE INSURANCE COMPANY

Dated: _____          _____

                                         Peter W. Beckman
                                         Attorney for Defendant
                                         ABC FULFILLMENT SERVICES, LLC

Dated: October 28, 2015                  */S/ Teresa Starinieri* _____

                                         Teresa Starineri
                                         Attorney for Defendant
                                         ADVANCE ENERGY, INC.

Dated: _____          _____

                                         Geordan Goebel
                                         Attorney for Cross-Defendants
                                         CATHY ALLEMAND and CLARK
                                         ALLEMAND

2

**ORDER**

Based upon the stipulation of counsel, the Court **ORDERS**:

1.      The scheduling conference is **CONTINUED** to **December 4, 2015** at 8:30 a.m. Personal appearance of all counsel is required.

IT IS SO ORDERED.

Dated:   **October 30, 2015**                        **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE