# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABC FULFILLMENT SERVICES, LLC, et al.,<br><br>Defendants.<br><br>————————————————<br><br>AND RELATED CROSS ACTION | Case No.: 1:15-cv-00421 DAD JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTES |

On June 29, 2016, the Court held an informal conference regarding pending discovery disputes. At the conference, the Court determined:

1.      Plaintiff **SHALL** produce the items sought to be inspected by Advance Energy on a date convenient to counsel but no later than **July 8, 2016**.  The items **SHALL** be produced where they are currently being held and may be inspected, measured and photographed.  Counsel for Advance Energy agreed that, due to the condition of the items, no testing would occur.  Plaintiff's designee may observe the inspection;

2.      No later than **July 1, 2016**, Counsel for the plaintiff and ABC **SHALL** confer on dates upon which the video-conferenced deposition of Anthony Hand may occur.  Then, Counsel for ABC SHALL confer with Mr. Hand to select the date of the deposition and communicate the date selected to

1

counsel for the plaintiff by **July 8, 2016**.  The Court **ORDERS** the deposition of Mr. Hand may occur via video-conference with Mr. Hand remaining in Hong Kong.  He need not, but may, comply with the document request served with the deposition notice;

3.      Neither ABC nor Advance Energy is required to, but may, respond to the late-served written discovery requests propounded by the plaintiff on or about June 13, 2016;

4.      Plaintiff is authorized to file a discovery motion compelling the deposition of the PMK from ABC and from Advance Energy and to move the Court to extend the non-expert discovery deadline.  If the plaintiff proceeds with the motion, it **SHALL** comply with Local Rule 251(c) and **SHALL** demonstrate good cause for the request to amend the case schedule.


IT IS SO ORDERED.

Dated:    **June 29, 2016**                           **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

2