Peter W. Beckman (SBN 85105)
Attorney at Law
1400 Chester Ave., Suite I
Bakersfield, CA 93301
Tel: (661) 327-7261
Email: beckmanlaw@att.net

Attorney for Defendant ABC Fulfillment
Services, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, et. al.<br><br>        Plaintiff,<br><br>    v.<br><br>ABC FULFILLMENT SERVICES, LLC etc.; et. al.<br>_____ / | Case No. 1:15-CV-00421 - DAD - JLT<br><br>DEFENDANT ABC FULFILLMENT SERVICES LLC'S EXPERT WITNESS DISCLOSURE STATEMENT |

Defendant ABC Fulfillment Services, LLC submits the following statement with respect to the exchange expert witness information as follows:

Defendant ABC Fulfillment Services, LLC, does not intend to introduce the opinion testimony of any expert witnesses as part of its case in chief. Defendant ABC Fulfillment Services, LLC reserves the right to designate supplemental expert witnesses to express an opinion upon a subject to be covered by any expert designated by an adverse party in accordance with the provisions of the Scheduling Order in this action. Such a designation, if made, shall be made on or before August 18, 2016.

Dated: July 29, 2016

*Peter W. Beckman*
_____
PETER W. BECKMAN, Attorney for Def.
ABC FULFILLMENT SERVICES, INC.

1  Peter W. Beckman (SBN 85105)
   Attorney at Law
2  1400 Chester Ave., Suite I
   Bakersfield, CA 93301
3  Tel: (661) 327-7261
   Email: beckmanlaw@att.net
4

5  Attorney for Defendant ABC Fulfillment
   Services, LLC
6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 STATE FARM GENERAL INSURANCE          Case No. 1:15-CV-00421 - DAD - JLT
   COMPANY, et. al.
12                                        DEFENDANT ABC FULFILLMENT
                                          SERVICES LLC's CERTIFICATE OF
13         Plaintiff,                     SERVICE

14     v.

15 ABC FULFILLMENT SERVICES, LLC
   etc.; et. al.
16 _____/

17     I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to

18 this action.  My business address is 1400 Chester Ave., Suite I, Bakersfield, CA 93301 which is

19 located in the County where the mailing described below took place.

20     On July 29, 2016, I cause to be served by mail and email Defendant ABC Fulfillment

21 Services LLC's EXPERT WITNESS DISCLOSURE STATEMENT addressed as follows:

22 Teresa Starinieri, Esq.
   Law Offices of Jamie Skebba
23 777 S. Figueroa St., Suite 1507
   Los Angeles, CA 90017
24 email: Teresa.Starinairi@aig.com

25 Maura Walsh Ochoa, Esq.
   GROTEFELD, HOFFMANN, SCHLEITER,
26 GORDON, OCHOA & EVINGER, LLP
   655 Montgomery St., Suite 1220
27 San Francisco, CA 94111
   email: mochoa@ghlaw-llp.com

28 ///
   Waylon J. Pickett, Esq.
   GROTEFELD, HOFFMAN, SCHLEITER,

Expert Witness Statement - Case No. 1:15-CV-00421  - BAM - 2 -

GORDON, OCHOA & EVINGER, LLP
3718 SW Condor Ave., Suite 100
Portland, OR 97239
email: wpickett@ghlaw-llp.com

  I personally placed each envelope, with postage thereon fully prepaid in the United States Mail at Bakersfield, Kern County, California.

  I declare under penalty of perjury that the foregoing is true and correct.

*Peter W. Beckman*

_____