UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABC FULFILLMENT SERVICES, LLC f/k/a HOBBY KING USA LLC; ADVANCE ENERGY, INC. d/b/a THUNDER POWER RC; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. 1:15-cv-00421-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT ADVANCE ENERGY, INC. D/B/A THUNDER POWER RC<br><br>(Doc. No. 64) |

On October 3, 2016, the parties filed a joint stipulation dismissing defendant Advance Energy, Inc. d/b/a Thunder Power RC from this action with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 64.) In light of the parties' stipulation, defendant Advance Energy, Inc. d/b/a Thunder Power RC has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San*

/////

/////

/////

1

1 | *Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of the Court is directed to terminate defendant Advance Energy, Inc. d/b/a Thunder Power RC.

IT IS SO ORDERED.

Dated:  **October 4, 2016**              /s/ Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE