UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABC FULFILLMENT SERVICES, LLC, et al.,<br><br>Defendants. | No.  1:15-cv-00421-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT ABC FULFILLMENT SERVICES, LLC<br><br>(Doc. No. 66) |

On October 12, 2016, the parties filed a joint stipulation dismissing defendant ABC Fulfillment Services, LLC with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 66.)  In light of the parties' stipulation, defendant Advance Energy, Inc. d/b/a Thunder Power RC has been dismissed from this action with prejudice and without an award of attorneys' fees and costs to either party.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of the Court is directed to terminate defendant ABC Fulfillment Services, LLC.

IT IS SO ORDERED.

Dated:  **October 13, 2016**                          /s/ Dale A. Drozd
                                                                         UNITED STATES DISTRICT JUDGE

1