UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>   v.<br><br>ABC FULFILLMENT SERVICES, LLC, et al.,<br><br>                Defendants. | No. 1:15-cv-00421-DAD-JLT<br><br><u>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE</u> |

       On January 13, 2016, the previously assigned District Judge dismissed Advanced Energy's third-party complaint (Doc. No. 14) against cross defendants Cathy Allemand and Clark Allemand with prejudice and without leave to amend.  (Doc. No. 54.)  Accordingly, the Clerk of the Court is directed to terminate cross claimant Advance Energy and cross defendants Cathy Allemand and Clark Allemand from this action.  Moreover, by orders filed October 4, 2016 and October 13, 2016, the court dismissed and terminated all defendants named in plaintiff's

/////

/////

/////

1

complaint. (*See* Doc. Nos. 65 and 67.)  Accordingly, and because no other claims remain outstanding in this action, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **November 28, 2016**

_____
UNITED STATES DISTRICT JUDGE